UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
OCT 21   2 22 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

|  |  |
|---|---|
| CREATIVE STAFFING SYSTEMS ) | CIVIL ACTION NO. |
| ) | 3:03 CV 517 (MRK) |
| v. ) |  |
| ) |  |
| LM INSURANCE CORPORATION AND ) |  |
| LIBERTY INSURANCE CORPORATION ) |  |
| ) | OCTOBER 20, 2003 |

### PLAINTIFF'S INITIAL CONSENTED TO
### MOTION FOR EXTENSION OF TIME OF SCHEDULING ORDER

The plaintiff, Creative Staffing Systems, LLC respectfully moves for a 60-day extension of time of all deadlines in the Court's current scheduling order as set forth in Order Re: Rule 26(f) Report, dated May 7, 2003.

The parties are currently involved in settlement discussions and plan to mediate with a magistrate. This extension is sought in order to allow the parties time to prepare for and attend the mediation, and to avoid expenses that may become unnecessary in the event of a successful mediation.

Counsel for the defendants has indicated their consent to the requested extension. This is Creative Staffing System, Inc.'s first motion for an extension of time with respect to the scheduling order.

**ORAL ARGUMENT NOT REQUESTED**

**WHEREFORE**, plaintiff respectfully requests that the court grant its Motion for an Extension of Time.

PLAINTIFF,
CREATIVE STAFFING SYSTEMS

By _____
Anne K. Millham, ct 13579
Andrew A. Cohen, ct 07124
Letizia, Ambrose & Falls, P.C.
One Church Street
New Haven, CT 06510
(203) 787-7000

## CERTIFICATE OF SERVICE

This is to certify that on this 20th day of October 2003, a copy of the foregoing was mailed, postage prepaid, to:

Kerry R. Callahan, Atty.
Daniel R. Canavan, Atty.
Updike, Kelly & Spellacy, P.C.
One State Street, P.O. Box 231277
Hartford, CT 06123-1277
(860) 548-2600

Anne K. Millham

P:\PersonnelManagement\Insurance\MotExtSchOrder.ebw.doc