UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CREATIVE STAFFING SYSTEMS, | : | |
| | : | |
| Plaintiff, | : | NO. 3:03cv517 (MRK) |
| | : | |
| v. | : | |
| | : | |
| LM INSURANCE CORPORATION and | : | |
| LIBERTY INSURANCE CORPORATION | : | |
| Defendants. | : | |

## ORDER

Plaintiff's Initial Consented To Motion For Extension Of Time Of Scheduling Order (Doc. #32), dated October 20, 2003, is granted as follows:

Disclosure of plaintiff's expert witnesses is to be submitted by November 14, 2003; depositions of such experts are to be completed by December 15, 2003.

All other deadlines shall remain unchanged.

IT IS SO ORDERED.

/s/      Mark R. Kravitz
         U.S.D.J.

Dated at New Haven, Connecticut: October 31, 2003