FILED

Nov 10  3 30 PM '03

U.S. DISTRICT COURT
NEW HAVEN, CONN.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CREATIVE STAFFING SYSTEMS | ) | CIVIL ACTION NO. |
| | ) | 3:03 CV 517 (MRK) |
| v. | ) | |
| | ) | |
| LM INSURANCE CORPORATION AND | ) | |
| LIBERTY INSURANCE CORPORATION | ) | NOVEMBER 7, 2003 |

## REPLY TO SPECIAL DEFENSES OF LM INSURANCE CORPORATION

Plaintiff, Creative Staffing Systems, LLC, hereby denies each and every special defense filed by the Defendant, LM Insurance Corporation.

PLAINTIFF,
CREATIVE STAFFING SYSTEMS

By

Anne K. Millham, ct 13579
Andrew A. Cohen, ct 07124
Letizia, Ambrose & Falls, P.C.
One Church Street
New Haven, CT 06510
(203) 787-7000

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed postage prepaid via first class

mail on this 7th day of November 2003 to all counsel and pro se parties of record as follows:

Daniel R. Canavan, Esq.
Kerry R. Callahan, Esq.
Updike, Kelly & Spellacy, P.C.
One State Street
P.O. Box 231277
Hartford, CT 06123-1277
(on behalf of Defendant Liberty Mutual Insurance Company)


Anne K. Millham