UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
Nov 13  3 01 PM '03
DISTRICT COURT
NEW HAVEN, CONN.

CREATIVE STAFFING SYSTEMS  )   CIVIL ACTION NO.
                           )   3:03 CV 517 (MRK)
                           )
v.                         )
                           )
LM INSURANCE CORPORATION AND )
LIBERTY INSURANCE CORPORATION )
                           )   NOVEMBER 6, 2003

## MOTION FOR EXTENSION OF TIME TO DISCLOSE EXPERT WITNESSES

The plaintiff, Creative Staffing Systems, LLC respectfully moves for a 30-day extension of time to disclose its experts. Although experts have been retained by the plaintiff in the past week, the experts have not had sufficient time to review the documentary materials related to this case and to produce a report in compliance with Rule 26(a)(2).

The parties have been involved in settlement discussions and in September were informed by Judge Janet Hall that the matter would be referred to a magistrate for mediation. The order referring the case for mediation was never effectuated, delaying any mediation of the case to the present. By requesting an early mediation, the plaintiff had sought to avoid expenses, such as paying for expert fees and other discovery and deposition expenses, that may have become unnecessary in the event of a successful mediation. It therefore had not engaged experts until most recently, when it became apparent that there was some question regarding whether the case would be referred to mediation.

**ORAL ARGUMENT NOT REQUESTED**

Counsel for the defendants originally consented to an extension of this deadline for two months so long as the other deadlines were extended. The plaintiff, therefore, requested the extension as to the entire schedule. The Court ordered an extension of only the expert disclosure deadline for two weeks and scheduled a status conference to be held prior to the deadline to discuss the various settlement and mediation issues involved in this case. Because the plaintiff's counsel was on trial the first week of the extension and because the parties continued to discuss settlement, the experts could not be retained until this week. One of the experts is also currently out of state, which is also making compliance more difficult. The status conference was moved to November 18, 2003, several days following the revised deadline due to a family emergency of the undersigned.

Because of the delay caused by the mediation schedule confusion, counsel requires more time for its experts to review the discovery in this case in order to comply with the requirements of Rule 26(a)(2) of the Federal Rules of Civil Procedure. No party will be prejudiced by this extension of time.

The undersigned contacted counsel for the defendants but was unable to ascertain the defendants' position regarding this extension prior to the filing of this motion. This is the second request for an extension of this deadline.

**WHEREFORE**, plaintiff respectfully requests that the court grant its Motion for an Extension of Time.

                                      PLAINTIFF,
                                      CREATIVE STAFFING SYSTEMS

                                      By_____
                                      Andrew A. Cohen, ct 07124
                                      Anne K. Millham, ct 13579
                                      Letizia, Ambrose & Falls, P.C.
                                      One Church Street
                                      New Haven, CT 06510
                                      (203) 787-7000

## CERTIFICATE OF SERVICE

This is to certify that on this 13th day of November, 2003, a copy of the foregoing was mailed, postage prepaid, to:

Kerry R. Callahan, Atty.
Daniel R. Canavan, Atty.
Updike, Kelly & Spellacy, P.C.
One State Street, P.O. Box 231277
Hartford, CT 06123-1277
(860) 548-2600

*[signature]*
Anne K. Millham

P:\PersonnelManagement\Insurance\motexttime.akm.doc