## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | | |
|---|---|---|---|
| CREATIVE STAFFING SYSTEMS, | : | | |
| | : | | |
| Plaintiff, | : | NO. | 3:03cv517 (MRK) |
| | : | | |
| v. | : | | |
| | : | | |
| LM INSURANCE CORPORATION and | : | | |
| LIBERTY INSURANCE CORPORATION | : | | |
| Defendants. | : | | |

## **ORDER**

Plaintiff's Motion For Extension Of Time To Disclose Expert Witnesses, filed with the Court on November 13, 2003, is granted as follows:

Disclosure of plaintiff's expert witnesses is to be submitted by November 28, 2003.

All other deadlines shall remain unchanged pending the outcome of the status conference scheduled for November 18, 2003.


IT IS SO ORDERED.


/s/        Mark R. Kravitz
                U.S.D.J.


Dated at New Haven, Connecticut: November 13, 2003