FILED

Nov 20  3 12 PM '03

U.S. DISTRICT COURT
NEW HAVEN, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CREATIVE STAFFING SYSTEMS ) | CIVIL ACTION NO.<br>3:03 CV 517 (MRK) |
| v. ) | |
| LM INSURANCE CORPORATION AND )<br>LIBERTY INSURANCE CORPORATION ) | NOVEMBER 20, 2003 |

### ANSWER TO SPECIAL DEFENSES AND COUNTERCLAIM OF LIBERTY INSURANCE CORPORATION AND AFFIRMATIVE DEFENSES OF CREATIVE STAFFING

#### ANSWER TO SPECIAL DEFENSES

Plaintiff, Creative Staffing Systems, LLC, hereby denies each and every special defense filed by the Defendant, Liberty Insurance Corporation.

#### REPLY TO COUNTERCLAIM

1. Admits.

2. Denies.

3. Denies, except to admit that under the terms of the policy, LIC agreed to extend workers' compensation coverage to Creative Staffing's temporary employees.

4. Creative Staffing lacks sufficient knowledge or information upon which to form a belief

   as to the truth of the allegations in paragraph 4.

5. Admits.

6. Denies.

7. Denies.

8. Creative Staffing lacks sufficient knowledge or information upon which to form a belief as to the truth of the allegations in paragraph 8.

9. Denies, except to admit that the policy was cancelled on or about December 17, 2002.

10. Denies, except to admit that LIC sent a premium invoice in the amount of $86,903 to Creative Staffing on or about February 11, 2003.

11. Denies, except to admit that Creative Staffing has refused to pay the amount LIC demanded to be paid.

12. Denies.

## AFFIRMATIVE DEFENSES

### FIRST DEFENSE

Liberty Insurance Corporation has been paid in full for all premiums owed by Creative Staffing.

### SECOND DEFENSE

The actions taken by Liberty Insurance Corporation in canceling this involuntary market policy and back-charging Creative Staffing for insurance it did not apply for or need were illegal and/or against public policy.

**THIRD DEFENSE**

Liberty Insurance Corporation was paid in full for one year of coverage and terminated coverage after only 5 months; therefore, no additional premium is owed. For this reason and those set forth in the First and Second Defenses, Liberty Insurance Corporation's counterclaim is barred by the doctrine of unconscionability.

**FOURTH DEFENSE**

Liberty's duty of performance was not complete and was never discharged; therefore, Creative Staffing is relieved of any obligation to Liberty Insurance Corporation.

**FIFTH DEFENSE**

Liberty Insurance Corporation breached the duty of good faith and fair dealing inherent in every contract by failing to properly credit Creative for premiums paid and by back-charging Creative for insurance it did not apply for or need.

**SIXTH DEFENSE**

For the reasons set forth in the First, Second and Third Defenses, Liberty Insurance Corporation is barred by the doctrine of unjust enrichment.

PLAINTIFF,
CREATIVE STAFFING SYSTEMS

By _____
Anne K. Millham, ct 13579
Andrew A. Cohen, ct 07124
Letizia, Ambrose & Falls, P.C.
One Church Street
New Haven, CT 06510
(203) 787-7000

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed postage prepaid via first class mail on this 20th day of November 2003 to all counsel and pro se parties of record as follows:

Daniel R. Canavan, Esq.
Kerry R. Callahan, Esq.
Updike, Kelly & Spellacy, P.C.
One State Street
P.O. Box 231277
Hartford, CT 06123-1277
(on behalf of Defendant Liberty Mutual Insurance Company)

Anne K. Millham

P:\PersonnelManagement\Insurance\ReplytoSpecDef2.ebw.doc