UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephone Status Conference Calendar

Honorable Mark R. Kravitz, U.S.D.J.
141 Church Street
New Haven
Chambers Room 306

Tuesday November 18, 2003

2:46 p.m.

CASE NO. 03cv517 MRK   Creative Staffing v LM Insurance Corp.

Kerry R. Callahan
Updike, Kelly & Spellacy, P.C.
One State St., Po Box 231277
Hartford, CT 06123-1277


Andrew A. Cohen
Letizia, Ambrose & Cohen
One Church St.
New Haven, CT 06510


Anne K. Millham
Letizia, Ambrose & Cohen
One Church St.
New Haven, CT 06510


STATUS CONFERENCE HELD
DATE: 11/18/03
15 min

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK