# United States District Court
# District of Connecticut

| | | |
|---|---|---|
| Creative Staffing<br>*Plaintiff* | : : : : | |
| v. | : : | Case No.  3:03cv517 |
| Liberty Mutual<br>*Defendant* | : : | |

## ORDER OF REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge William I. Garfinkel for the following purposes:

____  All purposes except trial, unless the parties consent to trial before the magistrate judge (orefcs.)

____  A ruling on all pretrial motions except dispositive motions (orefmisc./dscv.)

____  To supervise discovery and resolve discovery disputes (orefmisc./dscv.)

____  A ruling on the following motions which are currently pending: (orefm.)
Doc#

**✖**  A settlement conference (orefmisc./cnf.)

____  A conference to discuss the following: (orefmisc./cnf.)

____  Other: (orefmisc./misc)


SO ORDERED this   15th   day of   December  ,   2003   at New Haven, Connecticut.


/s/           Mark R. Kravitz
UNITED STATES DISTRICT COURT JUDGE