UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CREATIVE STAFFING SYSTEMS, LLC, ) | CIVIL ACTION NO.: |
| ) | 303 CV 517 (MRK) |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| LM INSURANCE CORPORATION AND ) | |
| LIBERTY INSURANCE CORPORATION, ) | |
| ) | |
| Defendant. ) | DECEMBER 19, 2003 |
| ) | |

**DEFENDANT/COUNTERCLAIM PLAINTIFF LIBERTY
INSURANCE CORPORATION'S ANSWER TO THE AFFIRMATIVE
DEFENSES OF THE PLAINTIFF/COUNTERCLAIM DEFENDANT**

The defendant/counterclaim plaintiff, Liberty Insurance Corporation ("LIC"), hereby denies each and every Affirmative Defense asserted by the plaintiff/counterclaim defendant, Creative Staffing Systems, in its Answer to Special Defenses and Counterclaim, dated November 20, 2003.

> Respectfully submitted,
> DEFENDANT/COUNTERCLAIM PLAINTIFF,
> LIBERTY INSURANCE CORPORATION
>
> By: _____
> KERRY R. CALLAHAN, ESQ.
> Federal Bar No.: ct06569
> DANIEL R. CANAVAN, ESQ.
> Federal Bar No.: ct22990
> Updike, Kelly & Spellacy, P.C.
> One State Street, P.O. Box 231277
> Hartford, CT  06123-1277
> Tel. (860) 548-2600

347923

# **CERTIFICATION**

I hereby certify that a Copy of the foregoing has been mailed, postage prepaid, in the United States mail this 19th day of December 2003, to:

Andrew A. Cohen, Esq.
Anne K. Millham, Esq.
Letizia, Ambrose & Falls
One Church Street
New Haven, CT 06510
(203) 787-7000

By: _____
    DANIEL R. CANAVAN, ESQ.
    Updike, Kelly & Spellacy, P.C.

347923