## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CREATIVE STAFFING SYSTEMS, | : | |
| Plaintiff, | : | NO.   3:03cv517 (MRK) |
| v. | : | |
| LM INSURANCE CORPORATION and LIBERTY INSURANCE CORPORATION Defendants. | : | |

## ORDER

The Defendant's Motion To Dismiss [doc. #17] is hereby DENIED without prejudice to renewal and without consideration of the merits. The Court understands that the parties will meet with Judge Garfinkel to discuss settlement, which may obviate the need to refile the Motion To Dismiss. In the event that the Defendant wishes to refile its Motion To Dismiss following settlement discussions, the parties shall submit a joint proposed case management schedule which includes dates for briefing any renewed Motion To Dismiss.

IT IS SO ORDERED.

/s/      Mark R. Kravitz
U.S.D.J.

Dated at New Haven, Connecticut: February 27, 2004.