UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CREATIVE STAFFING SYSTEMS, LLC, : | CIVIL ACTION NO.: |
| : | 303 CV 517 (MRK) |
| Plaintiff, : | |
| : | |
| v. : | |
| : | |
| LIBERTY INSURANCE CORPORATION : | |
| AND LM INSURANCE CORPORATION, : | |
| Defendants. : | MARCH 2, 2004 |

FILED
MAR 3 17 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

## PROPOSED JOINT SCHEDULING ORDER

The parties have been ordered to attend mediation on April 6, 2004 at 10:00. As discussed during the scheduling conference on November 18, 2003, it was agreed that once a mediation date was received, the parties would jointly request a scheduling order extending the deadlines after the mediation. Pursuant to this agreement, the parties request the following deadlines be approved:

1) Disclosure of plaintiffs' expert witnesses to be submitted by April 30, 2004; depositions of such experts to be completed by May 30, 2004.

2) Disclosure of defendants' expert witnesses to be submitted by June 30, 2004; depositions of such experts to be completed by July 30, 2004.

3) A damage analysis is to be provided by June 30, 2004.

4) All discovery to be completed by July 30, 2004.

5) All depositions to be completed by July 30, 2004.

6) Dispositive motions to be filed by August 30, 2004.

323153

7) The joint trial memorandum will be filed by November 31, 2005 or within sixty (60) days of the ruling on any dispositive motion, whichever is later.

8) The case will be ready for trial by November 31, 2005 or within sixty (60) days of the ruling on any dispositive motion, whichever is later.

As officers of the Court, undersigned counsel agree to cooperate with each other and the Court to promote the just, speedy and inexpensive determination of this action.

Plaintiff

By _____     Date: March 2, 2004
Anne K. Millham, ct 13579
Andrew A. Cohen, ct 07124
Letizia, Ambrose & Falls, P.C.
One Church Street
New Haven, CT 06510
(203) 787-7000


Defendants

By _____     Date: March 2, 2004
Kerry R. Callahan, ct 06569
Daniel R. Canavan, ct 22990
Updike, Kelly & Spellacy, P.C.
One State Street, P.O. Box 231277
Hartford, CT 06123-1277
(860) 548-2600

323153

## CERTIFICATE OF SERVICE

This is to certify that on the 2nd day of March, 2004, a copy of the foregoing was mailed, postage prepaid, to:

Kerry R. Callahan, Atty.
Daniel R. Canavan, Atty.
Updike, Kelly & Spellacy, P.C.
One State Street, P.O. Box 231277
Hartford, CT 06123-1277
(860) 548-2600

*[signature]*
Anne K. Millham

P:\PersonnelManagement\Insurance\jntschedord.doc

323153