UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CREATIVE STAFFING SYSTEMS, LLC, ) | CIVIL ACTION NO.: |
| ) | 303 CV 517 (MRK) |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| LM INSURANCE CORPORATION AND ) | |
| LIBERTY INSURANCE CORPORATION, ) | |
| ) | |
| Defendants. ) | May 3, 2004 |
| ) | |

### STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1) and (c) of the Federal Rules of Civil Procedure, the undersigned counsel for the plaintiff, Creative Staffing Systems, Inc., and the defendants, LM Insurance Corporation and Liberty Insurance Corporation, hereby stipulate and agree that all claims and counterclaims should be dismissed with prejudice and without costs.

358894

PLAINTIFF,
CREATIVE STAFFING SYSTEMS, LLC


By _____        Dated May 12, 2004
Anne K. Millham, ct 13579
Andrew A. Cohen, ct 07124
Letizia, Ambrose & Falls, P.C.
One Church Street
New Haven, CT 06510
(203) 787-7000



DEFENDANTS,
LM INSURANCE CORPORATION &
LIBERTY INSURANCE CORPORATION


By _____        Date: May 3, 2004
Kerry R. Callahan, ct 06569
Daniel R. Canavan, ct 22990
Updike, Kelly & Spellacy, P.C.
One State Street, P.O. Box 231277
Hartford, CT 06123-1277
(860) 548-2600

358894                             2