UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CREATIVE STAFFING SYSTEMS, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> LM INSURANCE CORPORATION AND ) <br> LIBERTY INSURANCE CORPORATION, ) <br> ) <br> Defendants. ) <br> ) | CIVIL ACTION NO.: <br> 303 CV 517 (MRK) <br> <br> <br> <br> <br> <br> <br> May 3, 2004 |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1) and (c) of the Federal Rules of Civil Procedure, the undersigned counsel for the plaintiff, Creative Staffing Systems, Inc., and the defendants, LM Insurance Corporation and Liberty Insurance Corporation, hereby stipulate and agree that all claims and counterclaims should be dismissed with prejudice and without costs.

ORDERED ACCORDINGLY
KEVIN F. ROWE
Clerk, U.S. District Court
By_____ Deputy Clerk

358894